UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHETT SWEENEY                                                                PLAINTIFF

V.                           NO. 3:17-CV-00210- JTR

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                               DEFENDANT

# ORDER

Plaintiff, Chett Sweeney, seeks judicial review of the administrative denial of his claims for social security disability benefits and supplemental security income benefits. *Doc. 2*. The Commissioner has filed an Unopposed Motion to Reverse and Remand for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g). *Doc. 13*. The Motion states that Sweeney's counsel was contacted and has no objection to the requested remand. *Id. at 2*. Under the circumstances, remand is appropriate.

Accordingly, the Commissioner's Unopposed Motion to Reverse and Remand, *Doc. 13*, is GRANTED. The Commissioner's prior decision is REVERSED and this matter is REMANDED for further administrative proceedings and issuance of a new decision. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 18th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE