UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHETT SWEENEY                                                              PLAINTIFF

V.                          NO. 3:17-CV-00210-JTR

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                             DEFENDANT

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, Chett Sweeney, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 18th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE